```
 1  William W. Brown    Bar. No. 159288
    BROWN & ASSOCIATES, APC
 2  Emerald Plaza Twentieth Floor
    402 West Broadway, Suite 2010
 3  San Diego, California 92101-3554
    (619) 595-3118; (619) 374-2336 facsimile
 4
 5  Attorneys for: Bari Shad Boyd
```

FILED
07 NOV 20 AM 8:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   07CR2465BEN |
| Plaintiff, ) | SUBSTITUTION OF ATTORNEY |
| v. ) | |
| BARI SHAD BOYD, ) | |
| Defendant. ) | |

I, Bari Shad Boyd hereby substitute William W. Brown/BROWN AND ASSOCIATES, APC as my attorney of record in the above-referenced matter.

October 16, 2007                                     X _____
                                                              Bari Shad Boyd

I, Terry Scott Allen, am advised of the substitution of counsel, request to withdraw as attorney of record, and will timely deliver a file transmittal to substituting counsel.

                                                     _____
                                                              Terry Scott Allen

Date: October 16, 2007.                              _____
                                                     William W. Brown, BROWN & ASSOCIATES, APC
                                                     Attorneys for Bari Shad Boyd

SUBSTITUTION APPROVED AND SO ORDERED
                                                     _____
                                                     Hon. Roger T. Benitez